**Order entered February 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00209-CV

## IN RE KENNETH HALL, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-52103-SPM**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of habeas corpus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
         JUSTICE